27 F.3d 558
 Southeastern Pennsylvania Transportation Authority
v.
Pennsylvania Public Utility Commission, Township of Upper
Gwynedd (Two Cases); Southeastern Pennsylvania
Transportation Authority v. Pennsylvania Public Utility
Commission, Township of Lower Merion; Southeastern
Pennsylvania Transportation Authority v. Pennsylvania Public
Utility Commission
 NOS. 93-1742, 93-1746
 United States Court of Appeals,
Third Circuit.
 May 10, 1994
 
 1
 Appeal From: E.D.Pa.,
 
 826 F.Supp. 1506
 
 2
 AFFIRMED.